UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM M. MCDERMOTT,
    Plaintiff,

    v.                                             CIVIL ACTION NO.
                                                    09-10159-MBB

MARCUS, ERRICO, EMMER & BROOKS, P.C.,
    Defendant.

**FINAL JUDGMENT**

**November 20, 2012**

**BOWLER, U.S.M.J.**

    The issues having been duly tried before this court and decisions rendered,

    It is **ORDERED** and **ADJUDGED** that plaintiff William M. McDermott recover of defendant Marcus, Errico, Emmer & Brooks, P.C. the sum of $11,200.00 with prejudgment interest of $4,649.00 along with costs.

                                                 /s/ Marianne B. Bowler
                                                 **MARIANNE B. BOWLER**
                                                 United States Magistrate Judge